■ SANDRA J. HOGERMAN, Also Known as JANE MONROE, et al., Respondents, v JOHN G. MONROE, Appellant. — Order unanimously reversed, without costs, and motion granted. Memorandum: This action was commenced on June 1, 1983 to recover child support allegedly due plaintiffs based upon a separation agreement executed in 1964. Plaintiffs filed a note of issue containing a statement of readiness on August 10, 1983. The case first appeared on the Trial Calendar on December 5, 1983 and the following day defendant moved to strike the note of issue and statement of readiness. Special Term erred in denying the motion. ¶ Although plaintiffs waited almost 20 years to commence this action, it was placed on the Trial Calendar only a few months after it was commenced. During this brief period, defendant substituted counsel who attempted to settle the matter and after the failure of settlement negotiations advised plaintiffs that he had meritorious affirmative defenses to this action, which included the Statute of Limitations and lack of privity. Moreover, no meaningful discovery had been conducted despite the fact that the financial resources of the parties will be a key issue at trial. Thus, defendant has spelled out special circumstances which justify his request for discretionary relief and his motion should have been granted (see 22 NYCRR 1024.4; *Cooper v Swallow,* 55 AD2d 752; cf. *Giddens v Moultrie,* 66 AD2d 993). (Appeal from order of Supreme Court, Monroe County, Kennedy, J. — strike note of issue.) Present — Doerr, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.

■ ROBERT J. DONOVAN, Individually and as Executor of GENEVIEVE A. DONOVAN, Deceased, et al., Appellants, v NICHOLAS H. NOYES MEMORIAL HOSPITAL, Respondent. — Order and judgment unanimously affirmed, without costs, for reasons stated in memorandum decision at Special Term, Conway, J. (Appeal from order and judgment of Supreme Court, Livingston County, John J. Conway, J. — dismiss causes of action.) Present — Dillon, P. J., Callahan, Doerr, O'Donnell and Moule, JJ.

■ WILLIAM J. WHEELER et al., Plaintiffs, v EDWIN W. ROBERTS, Appellant, and NORTHERN OSWEGO COUNTY HEALTH SERVICES, INC., Respondent. — Order unanimously reversed, with costs, and motion denied. Memorandum: Special Term erred in granting the motion of defendant Northern Oswego County Health Services, Inc., for summary judgment. A cross claim for apportionment of fault necessarily depends upon the proof adduced at trial and the basis of plaintiff's recovery, if any, against it. At this stage of the proceedings, the motion is premature (*Oswald v Reimann & Georger,* 101 AD2d 693). (Appeal from order of Supreme Court, Onondaga County, Tenney, J. — summary judgment.) Present — Dillon, P. J., Callahan, Doerr, O'Donnell and Moule, JJ.